USDC SCAN INDEX SHEET










CGL     1/29/04     13:52
3:02-CR-00333    USA V. ESQUINO
*89*
*CRDECL.*

| TOPEL & GOODMAN | |
|---|---|
| MARCUS S. TOPEL (State Bar No. 54702) | |
| LYN R. AGRE (State Bar No. 178218) | |
| 832 Sansome Street, 4th Floor | |
| San Francisco, California 94111 | |
| Facsimile : (415) 398-5030 | |
| Telephone (415) 421-6140 | |



FILED
2004 JAN 27 PM 3: 26
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

Attorneys for Defendant
CHRISTIAN ESQUINO

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Thomas J. Whelan)

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN ESQUINO,<br><br>Defendant. | Case No.:02 CR-0333-W<br><br>**DECLARATION OF LYN R. AGRE**<br><br>DATE: January 27, 2004<br>TIME: 2:00 p.m.<br>PLACE: Courtroom of the Hon. Thomas J. Whelan |
|---|---|

I, Lyn R. Agre, make the following declaration:

1. I am an associate at the law firm of Topel & Goodman and, in that capacity, am counsel for defendant Christian Esquino in the above-captioned matter. I am a member in good standing with the State Bar of California and of this Court. I have personal knowledge of the facts set forth herein and if called would testify competently thereto.

2. During the week of January 19, 2004, I traveled to Mexico to conduct interviews of five individuals whose names appear on charged and discovery documents in the matter of the *United States of America v. Christian Esquino and Lance Ricotta*, Case Number 02 CR-0333-W.

3. All of the individuals interviewed verified that the printing and signatures on the documents shown to them were done by their own hand.



Case No. 02 CR-0333-W
DECLARATION OF LYN R. AGRE

1

4. All of the individuals verified the stamps and seals on the discovery and charged documents shown to them were authentic. All of the individuals verified the license numbers on the documents shown to them as their official license number.

5. All of the individuals interviewed have exculpatory information pertinent to the above-referenced matter. The testimony of the individuals interviewed in Mexico will directly contradict the testimony of government's witnesses that certain documents which are charged in the indictment were falsified.

6. All but one of the individuals were unwilling to travel to the United States to testify at the trial in the above-referenced matter.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 26th day of January, 2004, in San Francisco, California.

Lyn R. Agre
TOPEL & GOODMAN

Attorney for Defendant
CHRISTIAN ESQUINO

2

Case No. 02 CR-0333-W
DECLARATION OF LYN R. AGRE