USDC SCAN INDEX SHEET

















AXR    1/25/05    8:01
3:02-CR-00333    USA V. ESQUINO
*121*
*CRMO.*



# Minutes of the United States District Court
## Southern District of California
### Monday, January 24, 2005

2002CR00333-W

**For the Honorable:** Thomas J. Whelan    District Judge
**Deputy Clerk:** Corey Tremble    **Court Reporter/ECR:** Melissa Pierson

**On Calendar:**

2002CR00333-W

USA vs.
(1) CHRISTIAN E. ESQUINO (R)
P CT S1

Lang Booking #
ENG 28170198    (1) Joseph Milchen   RET
619 574-1888
Timothy D. Coughlin   AUSA
619 557-7455

PO REPORT AND SENTENCING (1)

**Minutes:**
SENTENCING ON COUNT ONE OF THE SUPERSEDING INDICTMENT

CUSTODY OF THE BUREAU OF PRISONS 24 MONTHS.
SUPERVISED RELEASE 3 YEARS
$100.00 PENALTY ASSESSMENT.
NO FINE.
REMAINING SUPERSEDING COUNTS AND THE UNDERLYING INDICTMENT ORDERED DISMISSED.
SENTENCE STAYED AND DEFENDANT ORDERED TO SURRENDER TO DESIGNATED INSTITUTION
OR USM BY NOON ON 5/20/05.