USDC SCAN INDEX SHEET










HBH     4/10/06     13:30
3:02-CR-00333    USA V. ESQUINO
*130*
*CRMO.*



# Minutes of the United States District Court
## Southern District of California
### Monday, April 10, 2006

2002CR00333-W

**For the Honorable:** Thomas J. Whelan   District Judge

**Deputy Clerk:** Corey Tremble   **Court Reporter/ECR:** Melissa Pierson

**On Calendar:**

2002CR00333-W

USA vs.

(2) LANCE Z. RICOTTA (R)

Lang Booking #
ENG 82251198   (2) Thomas J. Warwick, JR RET
619 232-9700

SUP RELEASE REVOCATION HRG (2)
MOTION HRG (2)

**Minutes:**
SUPERVISED RELEASE REVOCATION HEARING & MOTION HEARING

DEFENSE COUNSEL WITHDRAWNS MOTIONS 127-1 AND 127-2.
THE DEFENDANT IS ARRAIGNED ON THE ORDER TO SHOW CAUSE AND ENTERS A DENIAL.
CASE SET FOR SUP RELEASE REVOCATION HEARING ON 5/2/06 AT 9AM.
AT THE REQUEST OF DEFENSE COUNSEL, THE COURT ORDERS PROBATION TO RELEASE
COPIES OF THE POLICE REPORTS AND THE VIDEOTAPE.

THE COURT ORDERS THE DEFENDANT NOT TO HAVE CONTACT WITH VICTIM.

CC:USPO

Printed:   04/10/2006   10:57 am

Page 1 of 1