USDC SCAN INDEX SHEET

















MAM    6/28/06    8:07

3:02-CR-00333    USA V. ESQUINO

*138*

*CRMO.*



# Minutes of the United States District Court
## Southern District of California
### Thursday, June 22, 2006

2002CR00333-W

**For the Honorable:** Thomas J. Whelan   District Judge

**Deputy Clerk:** Corey Tremble   **Court Reporter/ECR:** Melissa Pierson

**On Calendar:**

2002CR00333-W

USA vs.

(2) LANCE Z. RICOTTA (R)

Lang Booking #
ENG 82251198   (2) Thomas J. Warwick, JR  RET
619 232-9700

Timothy D. Coughlin  AUSA
619 557-5610

SUP RELEASE REVOCATION HRG (2)

**Minutes:**
SUPERVISED RELEASE REVOCATION HEARING

MARIO CONTE APPEARED AS CO-COUNSEL WITH TOM WARWICK.

EVIDENTIARY HEARING HELD (9:05 - 10:45; 11:00 - 12:20; 1:30 - 3:20; 3:35 - 4:35)

WITNESS, JASON WARNER, SWORN AND TESTIFIES.
WITNESS, NICOLE GERMAN, SWORN AND TESTIFIES.
WITNESS, ROBERT HEMBURY, SWORN AND TESTIFIES.
WITNESS, WAFA MAGID STELSE, SWORN AND TESTIFIES.
WITNESS, THOMAS V. RICOTTA, SWORN AND TESTIFIES.
WITNESS, LUIS HERNANDEZ, SWORN AND TESTIFIES.
WITNESS, LANCE RICOTTA, SWORN AND TESTIFIES.
WITNESS, WILLIAM J. WAGNER, SWORN AND TESTIFIES.
DFT EXHIBIT A (COPY OF CREDIT CARD RECEIPT) MARKED.
DFT EXHIBIT B (SECOND PAGE OF CREDIT CARD RECEIPT) MARKED.
DFT EXHIBIT C (OPERATING MANUAL) MARKED.
DFT EXHIBIT D (OCCURRENCE REPORT) MARKED.
DFT EXHIBIT E (PHOTO OF TUG) MARKED.
DFT EXHIBIT F (OWNER'S MANUAL LEKTRO) MARKED.
GOVT EXHIBIT 1 (DVD) MARKED AND ADMITTED.
DFT EXHIBIT G (FEDERAL AIR REGULATIONS) MARKED AND ADMITTED.
DFT EXHIBIT H (COMPANY BROCHURE FOR PRECISION CONVERSIONS) MARKED AND ADMITTED.

CASE CONTINUED TO 6/23/06 AT 9:00 A.M. FOR SUPERVISED RELEASE REVOCATION HEARING.