USDC SCAN INDEX SHEET










MAM    6/28/06    9:02

3:02-CR-00333    USA V. ESQUINO

*139*

*CRMO.*



# Minutes of the United States District Court
## Southern District of California
### Friday, June 23, 2006

2002CR00333-W

**For the Honorable:** Thomas J. Whelan   District Judge
**Deputy Clerk:** Corey Tremble   **Court Reporter/ECR:** Melissa Pierson

On Calendar:
2002CR00333-W

USA vs.
(2) LANCE Z. RICOTTA (R)

Lang Booking #
ENG 82251198   (2) Thomas J. Warwick, JR RET
619 232-9700
Timothy D. Coughlin AUSA
619 557-5610

SUP RELEASE REVOCATION HRG (2)

Minutes:
CONTINUED SUPERVISED RELEASE REVOCATION HEARING

(FURTHER EVIDENTIARY HEARING 9:00-10:30)

TESTIMONY OF WILLIAM WAGNER RESUMES.
WITNESS, JASON WARNER, SWORN AND TESTIFIES.
DEFENDANT'S EXHIBIT I (COPY OF COMPLAINT FOR DAMAGES) MARKED AND ADMITTED.
DEFENDANT'S EXHIBITS A, B, C, D, E, AND F ADMITTED.
GOVT EXHIBIT 2 (PORTION OF TOW GUIDE) MARKED AND ADMITTED.
GOVT EXHIBIT 3 (HOLD DOWN BAR) MARKED AND ADMITTED.
GOVT EXHIBIT 4 (NORTH AMERICA FBO GUIDE) MARKED AND ADMITTED.
GOVT EXHIBIT 5 (CERTIFICATE OF TRAINING FOR JASON WARNER) MARKED AND ADMITTED.

THE COURT FINDS THE DEFENDANT IN VIOLATION OF SUPERVISED RELEASE, ORDERS THE DEFENDANT CONTINUED ON SUPERVISED RELEASE FOR A TERM OF 24 MONTHS ON ALL PRESENT TERMS AND CONDITIONS WITH TWO ADDITIONAL CONDITIONS:
1) THE DEFENDANT SHALL COMPLETE AN ANGER MANAGEMENT PROGRAM WITHIN SIX MONTHS.
2) THE DEFENDANT SHALL COMPLETE 120 HOURS OF COMMUNITY SERVICE AS DIRECTED BY THE PROBATION OFFICER.

CC:PROBATION