USDC SCAN INDEX SHEET










JMJ    8/24/06    15:51
3:02-CR-00333    USA V. ESQUINO
*143*
*CRRPLYM.*

Christian Esquino
BOP Number 28170-198
FCI Lompoc
3600 Guard Road
Lompoc, CA 93436
In Propria Persona

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. THOMAS J. WHELAN)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Civ. No. 06-0966-W |
| Respondent | ) Crim. No. 02-0333-W |
| v. | ) TRAVERSE TO GOVERNMENT'S RESPONSE |
| | ) AND OPPOSITION TO PETITION |
| CHRISTIAN ESQUINO, | ) PURSUANT TO 28 U.S.C. 2255 TO |
| Petitioner | ) VACATE CONVICTION (W/POINTS AND |
| | ) AUTHORITIES) |

TO CAROL C. LAM, UNITED STATES ATTORNEY, and TIMOTHY D. COUGHLIN, ASSISTANT UNITED STATES ATTORNEY, AND THE COURT:

PLEASE TAKE NOTICE that the Petitioner, Christian Esquino, files the following traverse to the Government's response and opposition to the petition for writ of habeas corpus pursuant to 28 U.S.C. §2255 to vacate his conviction in this matter. Petitioner respectfully submits this traverse in support of his request for post-conviction relief.

Dated: August 24, 2006 and respectfully submitted by:

Christian Esquino
BOP Number 28170-198
FCI Lompoc
3600 Guard Road
Lompoc, CA 93436
In Propria Persona

Petitioner's Traverse, Page 1

06cv0966-W
02cr0333-W